United States District Court
Southern District of Texas
**ENTERED**
July 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRIS HILL, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-282 |
| THE CITY OF ANGLETON, | § § § | |
| Defendant. | § § § § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 17, entered in this case granting the defendant's motion to dismiss, Dkt. 9, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 8th day of July, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE